## TIFFIN v. STATE.
### No. 26232.

Court of Criminal Appeals of Texas.

Feb. 4, 1953.

No attorney on appeal for appellant.

George P. Blackburn, State's Atty., Austin, for the State.

DAVIDSON, Commissioner.

Drunk driving upon a public highway is the offense; the punishment, a fine of $100.

The record before us contains neither a statement of facts nor bills of exception. Nothing is presented for review.

The judgment is affirmed.

Opinion approved by the court.